IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PRESTIGE, L.P.                                                                    PLAINTIFF

V.                                                      CIVIL ACTION NO. 3:08cv744-WHB-LRA

LANDMARK AMERICAN INSURANCE
COMPANY OF ATLANTA, GEORGIA
And DOES A, B and C                                                          DEFENDANTS

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS DAY THIS CAUSE came on to be heard on the Motion, *ore tenus*, of the Plaintiff to

dismiss all claims and for a Final Judgment dismissing Plaintiff's Complaint with prejudice; and it

being made known to the Court that the Plaintiff agreed to voluntarily dismiss its claims against

Defendant, Landmark American Insurance Company of Atlanta, Georgia and the parties consenting

to the entry of Final Judgment and agreeing that this cause should be dismissed with prejudice; and

the Court, having heard and considered said Motion and being fully advised in the premises, finds

that said Motion is well taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED the Plaintiff's claims in this cause be and the

same are hereby dismissed with prejudice with each Party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 27th day of May, 2009.

s/William H. Barbour, Jr.
UNITED STATE DISTRICT COURT JUDGE

AGREED:

s/Jamie D. Travis
Jamie D. Travis, Esquire
Attorney for Plaintiff


s/Keith R. Raulston
Keith R. Raulston, Esquire
Attorney for Defendant